In the Matter of WILLIAM D. (ANONYMOUS), Appellant.— Appeal

Rabin, P. J., Hopkins, Munder, Martuscello and Shapiro, JJ., concur.

In the Matter of R. A. S. ISLAND CORP., Respondent, v. STATE LIQUOR AUTHORITY, Appellant.—

Latham, Acting P. J., Christ and Brennan, JJ., concur; Gulotta and Benjamin, JJ., dissent and vote to affirm the judgment.